**Order filed October 13, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00198-CV
_____

**LAND-AIR MEDICAL TRANSPORT, INC., Appellant**

**V.**

**CONCORD EMS, INC., Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1120700**

## O R D E R

Appellant's brief was due September 30, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 30, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.